# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| BRANDON BUTLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation, and FISHER-PRICE INC., a Delaware corporation,<br><br>Defendants. | Case No: 2-13-cv-306-DSF-SS<br>Case No: 2:13-cv-1700-DSF-SS<br>(Consolidated)<br><br>And related consolidated cases<br><br>**ORDER STAYING ACTION PENDING PLAINTIFFS' RULE 23(F) PETITION AND, IF GRANTED, ANY APPEAL**<br><br>NOTE CHANGES BY COURT |

1  WHEREAS, in light of the Court's order denying Plaintiffs' Motion for Class Certification (Dkt. No. 89), Plaintiffs Brandon Butler, Mary Fran Torpey, Erin Ellis, and Holly Roberston, and Defendants Mattel, Inc. and Fisher-Price have stipulated that the action should be stayed pending resolution of a Rule 23(f) petition and, if granted, any appeal, and good cause appearing therefor, IT IS ORDERED:

The action, including all pending motions, shall be stayed until twenty (20) days after the later of: (1) a final ruling on Plaintiffs' Rule 23(f) petition, or (2) in the event the Rule 23(f) petition is granted, the final disposition of Plaintiffs' appeal.  All current deadlines shall be extended by the amount of time during which the stay remains in place.  Counsel shall file a status report by June 9, 2014 and every 90 days thereafter.

Date:  3/4/14

*Dale S. Fischer*

THE HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2