**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 10 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRANDON BUTLER, individually and on behalf of all others similarly situated; et al., <br><br> Plaintiffs - Petitioners, <br><br> v. <br><br> MATTEL INC, a Delaware corporation, and FISHER-PRICE INC, a Delaware corporation, <br><br> Defendants - Respondents. | No. 14-80033 <br><br> D.C. No. 2:13-cv-00306-DSF-SS <br> Central District of California, <br> Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

4/10/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: DLM  DEPUTY

Before: GOODWIN and CANBY, Circuit Judges.

Petitioners' motion for leave to file a reply in support of their petition is granted. The court has reviewed and considered the reply.

The court, in its discretion, denies the petition for permission to appeal the district court's order denying class action certification, entered on February 25, 2014. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

SM/Pro Se